UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
CASE NO. _____
-*Electronically Filed*-

DR. LORNA ELLE SHAW, Ph.D.                                                    PLAINTIFF/
                                                                              RESPONDENT

v.                               **NOTICE OF REMOVAL**

KENTUCKY STATE UNIVERSITY, et al                                              DEFENDANTS/
                                                                              PETITIONERS

\*\*\*   \*\*\*   \*\*\*

      Defendants Kentucky State University, Dr. M. Christopher Brown, II; in both his individual and official capacity as President of Kentucky State University, and The Board of Regents of Kentucky State University (the "Defendants") by counsel, remove this action from the Franklin Circuit Court, Franklin County, Kentucky, to the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, pursuant to 28 U.S.C. § 1331, 28 U.S.C. §§ 1441(a) and (c) and 28 U.S.C. § 1446. In support of removal, Defendants state as follows:

      1.      Plaintiff Dr. Lorna Elle Shaw, Ph.D., filed this civil action in the Franklin Circuit Court, which is within the district and division of this Court, alleging adverse employment actions based on her sex (female), age (61) and health problems in violation of The American with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101, et seq. Plaintiff further alleges in her Complaint that venue is proper in this judicial district. Copies of the Complaint and Summons are attached as **Exhibit A**, which constitute all process, pleadings, and orders served on the Defendant in the Civil Action to date, Dr. Lorna Elle Shaw, Ph.D. v. Kentucky State University, et al, Franklin Circuit, Division II, Case No. 18-CI-1090). The action is still pending

in Franklin Circuit Court and Defendants have not yet made an appearance.

2. 28 U.S.C. § 1441(a) states that, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

3. 28 U.S.C. § 1331 provides the district court with original jurisdiction of civil actions "arising under the Constitution, laws, or treaties of the United States."

4. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441 because it is a civil action wherein the Plaintiff alleges that her action arises under the laws of the United States and the United States Constitution.

5. In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon the Defendants and filed in the state court action are filed together with this Notice of Removal and attached hereto as Exhibit A.

6. The Defendants expressly reserve its right to raise all defenses and objections in this action after the action is removed to this Court pursuant to Fed.R.Civ.P. 81(c)(2), so that it has the longer period of time of "(A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed" to responsively plead or otherwise respond to the Complaint.

7. This Notice is filed with the Court within thirty (30) days after receipt of the Complaint.

8. Defendants will give written notice to Plaintiff and will file a notice of this removal with the Clerk of the Circuit Court of Franklin County, Kentucky. A copy of that notice

is attached as Exhibit B.

WHEREFORE, Defendants pray that this action proceed in this Court as an action properly removed thereto.

      Respectfully Submitted,

      STURGILL, TURNER, BARKER & MOLONEY, PLLC

      /s/ *Bryan H. Beauman*
      Bryan H. Beauman
      Joshua M. Salsburey
      Jessica R. Stigall
      333 West Vine Street, Suite 1500
      Lexington, KY  40507
      Telephone:  (859) 255-8581
      bbeauman@sturgillturner.com
      jsalsburey@sturgillturner.com
      jstigall@sturgillturner.com
      COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing, if applicable, to the following:

Steven G. Bolton, Esq.
25 Fountain Place
P.O. Box 502
Frankfort, KY 40601
COUNSEL FOR PLAINTIFF

      /s/ *Bryan H. Beauman*
      COUNSEL FOR DEFENDANTS

x:\wdox\clients\65554\0019\pleading\01044084.docx